# Third District Court of Appeal

## State of Florida

Opinion filed December 11, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1627
Lower Tribunal No. 21-23126
_____

**Dixie Pines Land & Nursery, LLC, etc.,**
Appellant,

vs.

**Madison Development Group LLC,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

Mark E. Buechele (Davie), for appellant.

Shahady & Wurtenberger, P.A., and John J. Shahady (Fort Lauderdale), for appellee.

Before FERNANDEZ, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed. See Diaz v. Navajas, 300 So. 3d 746, 746 (Fla. 3d DCA

2020) ("The decision whether to grant or withhold a judgment for specific performance is a matter within the sound discretion of the trial court which will not be disturbed on appeal unless clearly erroneous." (quoting <u>Muniz v. Crystal Lake Project, LLC</u>, 947 So. 2d 464, 469 (Fla. 3d DCA 2006))).